UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK
_____

UNITED STATES OF AMERICA,

v.   14-CR-133
**ORDER**

GIOVANNI COTTO,

        Defendant.
_____

*Pro se* Defendant, Giovanni Cotto, is currently serving a 115-month sentence, imposed on September 12, 2018, after being found guilty of Retaliating Against a Witness, in violation of 18 U.S.C. §§ 1513(b)(1), 1513(c), and § 2. Defendant previously appealed his conviction and sentence, and more recently he has filed a pending motion for a writ of habeas corpus pursuant to 28 U.S.C. § 2255.

Defendant has also filed a letter motion for free copies of the docket sheets in his cases, 14-CR-133 and 21-CV-1036. Dkt. 368. For the reasons stated below, the Defendant's letter motion is GRANTED.

## DISCUSSION

The relief Defendant seeks is governed by 28 U.S.C. § 2250, which states that an indigent petitioner may be provided with free "copies of . . . documents or parts of the record on file." The statute applies only "on . . . application for a writ of habeas corpus." *Id.* Defendant, as noted, filed an application for a writ of habeas corpus and he specifically referenced that pending motion in his request for the docket sheets.

## CONCLUSION

Based on the foregoing, it is hereby

2

      ORDERED that Defendant's letter motion for free copies of the referenced docket sheets is GRANTED; and it is

      ORDERED that the Clerk of the Court shall take all steps necessary to comply with this order.

Dated: January 31, 2023
       Buffalo, New York

                                                                 *s/Richard J. Arcara*
                                                            HONORABLE RICHARD J. ARCARA
                                                            UNITED STATES DISTRICT JUDGE